UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>ESHIPPING, LLC, et al.,<br><br>                Defendants. | Case No. 25-cv-02624-VKD<br><br>**ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. Nos. 32, 33 |

Plaintiff Navigators Insurance Company filed this action for breach of contract and negligence, asserting federal diversity jurisdiction, 28 U.S.C. § 1332. *See* Dkt. No. 1 ¶¶ 1-4. On July 8, 2025, the Court issued an order directing defendant eShipping, LLC ("eShipping") to file a statement regarding its citizenship. Dkt. No. 32. eShipping did so. Dkt. No. 33.

With respect to eShipping's request for additional time to finish its investigation of certain members (Dkt. No. 33 at ECF 3), eShipping shall complete its investigation and provide a further statement by **July 24, 2025**.

By **July 31, 2025**, each party shall file a written response to this order, including citations to cogent authority, stating its position whether this Court has subject matter jurisdiction over this action, in view of eShipping's disclosures regarding the citizenship of its members. *See, e.g.,* Dkt. No. 33 ¶ 5.a. Each party's response is limited to five pages and shall be filed by **July 31, 2025**.

**IT IS SO ORDERED.**

Dated: July 16, 2025

Virginia K. DeMarchi
United States Magistrate Judge