UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESHIPPING, LLC, et al.,<br><br>Defendants. | Case No.  25-cv-02624-VKD<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 40 |

Plaintiff Navigators Insurance Company ("Navigators") filed this action for breach of contract and negligence, asserting federal diversity jurisdiction, 28 U.S.C. § 1332.  Dkt. No. 1.  After conducting jurisdictional discovery (*see* Dkt. No. 38), Navigators reports that the required diversity of citizenship is lacking.  *See* Dkt. No. 40.  Navigators states that it does not object to an order of dismissal without prejudice.  *Id.*

Accordingly, this action is dismissed without prejudice, for lack of subject matter jurisdiction.  This order terminates all pending motions, deadlines, and appearances.  The Clerk of the Court shall close this file.

**IT IS SO ORDERED.**

Dated: September 11, 2025

Virginia K. DeMarchi
United States Magistrate Judge